**FILED**

DEC **2 7** 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. W18-859M |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One:  50 U.S.C. § 797 – Violation |
| v. | ) | of Security Regulations and Orders] |
| | ) | |
| DAVID JOSEPH HILLMAN, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[50 U.S.C. § 797]

On or about December 3, 2018, at the Fort Hood Military Reservation, Western

District of Texas, the Defendant,

DAVID JOSEPH HILLMAN,

did, within the jurisdiction of the United States, willfully violate a defense property security

regulation or order, to wit: Department of Defense Directive-Type Memorandum 09-012,

in violation of Title 50, United States Code, Section 797.

JOHN F. BASH
United States Attorney

By: _____
JOHN G. DANYLUK
Special Assistant U. S. Attorney